2000 ME 42

**Theresa LOBOZZO**

v.

**PROGRESSIVE CASUALTY INSURANCE COMPANY.**

Supreme Judicial Court of Maine.

Argued: Sept. 10, 2001.
Decided: March 19, 2002.

Edward Rabasco, Jr., Verne E. Paradie, Jr. (orally), Gosselin, Dubord & Rabasco, P.A., Lewiston, for plaintiff.

John J. Wall, III (orally), Kenneth D. Pierce, Monaghan Leahy, LLP, Portland, for defendant.

Panel: SAUFLEY, C.J., and CLIFFORD, RUDMAN, DANA, ALEXANDER, and CALKINS, JJ.[*]

PER CURIAM.

[¶ 1] Theresa Lobozzo appeals from the summary judgment in favor of Progressive Casualty Insurance Company entered in the Superior Court (Androscoggin County, *Delahanty, J.*) contending the court erred as a matter of law in its interpretation of 24–A M.R.S.A. § 2902–B (2000) by misconstruing what an insurance company must do to exclude coverage for injuries to a motorcycle passenger. Progressive cross-appeals, contending the Superior Court abused its discretion by excluding an affidavit as a discovery sanction. We affirm the discovery sanction; and because the Court is evenly divided, we affirm the summary judgment.

[*] Wathen, C.J., sat at oral argument and participated in the initial conference, but resigned before this opinion was adopted.

 

The entry is:

Judgment affirmed.